## CUMMINS *v.* CUMMINS.

After injunction granted, the defendant died; and the complainant had not revived the suit. The proper mode of proceeding is by order that complainant revive within a specified time after service of the order or that the injunction be dissolved.

After injunction granted, the defendant died, and the suit had not been revived by the complainant.

*P. D. Vroom* for defendant.    He cited 2 *Cox Ch. Ca. 50; 4 Paige, 164.*

The Court said the proper mode of proceeding on the part of the defendant would be, to take an order that the complainant revive, within a specified time after service of a copy of the order, or that the injunction be dissolved.

Order accordingly.